JS-6

RYAN T. KUHN, SBN 324538
ryan@protectionlawgroup.com
CHRISTINE V. REYES, SBN 346719
christine@protectionlawgroup.com
KIRYL KARPIUK, SBN 359697
kiryl@protectionlawgroup.com
**PROTECTION LAW GROUP, LLP**
149 Sheldon Street
El Segundo, California 90245
Telephone: (424) 290-3095
Facsimile: (866) 264-7880

*Attorneys for* Plaintiff
LEOBARDO VALDIVIA PRADO

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEOBARDO VALDIVIA PRADO, individually and on behalf of others similarly situated,

Plaintiff,

vs.

WFS EXPRESS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:25-cv-08191-JFW-SKJ

*District Judge John F. Walter*
*Magistrate Judge Steve Kim*

**ORDER DISMISSING ACTION PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii)**

*Removed from Los Angeles Superior Court, Case No. 25STCV18875*

State Complaint Filed: June 30, 2025
Removal Filed: August 29, 2025
Trial Date: December 8, 2026

James C. Fessenden (SBN 238663)
E-Mail: jfessenden@fisherphillips.com
Lauren M. Guggisberg (SBN 351069)
E-Mail: lguggisberg@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000 San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Lirit A. King (SBN 252521)
E-Mail: lking@fisherphillips.com
**FISHER & PHILLIPS LLP**
21600 Oxnard Street, Suite 650 Woodland Hills, California 91367
Telephone: (213)330-4500
Facsimile: (213)330-4501

Landon R. Schwob (SBN 280908)
E-Mail: lschwob@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-450

*Attorneys for* Defendant,
WFS Express, Inc.

**ORDER**

Upon consideration of the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The class claims, as alleged by Plaintiff, in the case of *Prado v. WFS Express, Inc., et al.*, United States District Court – Central District of California, Case No. 2:25-cv-08191-JFW-SKJ, are hereby dismissed without prejudice;
2. Plaintiff's individual claims, as alleged by Plaintiff, in the case of *Prado v. WFS Express, Inc., et al.*, United States District Court – Central District of California, Case No. 2:25-cv-08191-JFW-SKJ, are hereby dismissed with prejudice;
3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: October 9, 2026

Honorable John F. Walter
UNITED STATES DISTRICT JUDGE